UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD EARL BROWN | ) | |
| | ) | |
| Plaintiff, | ) | Case#: 4:21-cv-00499-JMB |
| v. | ) | |
| | ) | |
| | ) | |
| KEVIN M. BARONI | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT BARONI'S THIRD STATUS REPORT

COMES NOW Defendant Kevin Baroni, by and through council, and pursuant to this Court's Scheduling Order, provides the following update of the underlying criminal case styled *State of Missouri v. Kevin M Baroni,* Cause No. 2022-CR01842, pending in Div. 26 of the 22nd Judicial Circuit of the State of Missouri. The case is scheduled for a status conference on September 28, 2021. Discovery is ongoing. Counsel anticipates a trial setting in late 2021.

Respectfully submitted,

MILLIKAN LAW OFFICE, LLC

By: */s/ Brian P. Millikan*
Brian P. Millikan, #50900MO
12180 Old Big Bend Road
Kirkwood Missouri 63122
(314) 621-0622 (Telephone)
(866) 640-0289 (Telefacsimile)
bmillikan@millikanlaw.com

## **CERTIFICATE OF SERVICE**

      Certificate of Service Signature of the foregoing is also certification that the foregoing was filed electronically with the Clerk of the United States District Court for the Eastern District of Missouri to be served by operation of the electronic filing system upon counsel of record, this 15th day of September, 2021.

                                                 _/s/  Brian P. Millikan_