UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| RICHARD EARL BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  4:21-cv-00499-JMB |
| | ) | |
| KEVIN MICHAEL BARONI, | ) | |
| | ) | |
| Defendant. | ) | |

**Plaintiff's Consent Motion to approve Settlement and to enter Consent Judgment**

Plaintiff Richard Earl Brown, by counsel W. Bevis Schock and Hugh A. Eastwood, states as follows for his consent motion to approve settlement and to enter Consent Judgment:

The parties have entered into a Settlement Agreement & Release last dated March 12, 2022 [Exhibit 1].  Plaintiff moves the Court to enter a Consent Judgment in favor of Plaintiff and against Defendant for One Hundred Thousand Dollars ($100,000.00) on or after April 11, 2022, some thirty (30) days after the Agreement was finalized and pursuant to its terms.

Plaintiff further moves the Court to vacate its Order [Doc. 21] setting a Status Conference on March 31, 2022.

Respectfully submitted,

Co-Counsel for Plaintiff

   /s/ W. Bevis Schock   .
W. Bevis Schock, MBE # 32551
Attorney at Law
7777 Bonhomme Ave., Ste. 1300
St. Louis, MO  63105
wbschock@schocklaw.com
Fax:    314-721-1698
Voice: 314-726-2322

   /s/ Hugh A. Eastwood   .
Hugh A. Eastwood, MBE # 62058

Attorney at Law
7911 Forsyth Blvd., Ste. 300
St. Louis, Missouri 63105-3825
hugh@eastwoodlawstl.com
314-809-2343
314-228-0107 eFax

<u>Certificate of Service</u>

The undersigned hereby certifies that this document was filed electronically with the Clerk of Court on March 22, 2022 to be served by operation of the Court's electronic case filing system upon all counsel of record.

<u>/s/ Hugh A. Eastwood</u>