UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICHARD EARL BROWN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   vs. | )   Case No. 4:21 CV 499 JMB |
| | ) |
| KEVIN M. BARONI, | ) |
| | ) |
|     Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's consent motion to approve settlement and to enter consent judgment (Doc. 22). The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). The motion is **GRANTED**.

Plaintiff Richard Earl Brown filed suit in state court on February 4, 2021, and it was removed to this court on April 29, 2021 (Doc. 1). Plaintiff alleged that defendant Kevin M. Baroni, a City of St. Louis police officer, violated his constitutional rights in November, 2019, when he allegedly detained him, seized his property, and strip-searched him in violation of the Fourth Amendment to the United States Constitution. Defendant denied the allegations in the complaint and set forth various affirmative defenses (Doc. 7). This matter was then stayed pending criminal proceedings against defendant (Doc. 11).

The parties have now settled and seek entry of a consent judgment in favor of plaintiff and against defendant in the amount of One Hundred Thousand Dollars ($100,000) (Doc. 23). The settlement is hereby approved. Accordingly,

**IT IS HEREBY ORDERED** that judgment shall be entered in favor of plaintiff and against defendant in the amount of One Hundred Thousand Dollars ($100,000) with each party to bear their own costs.

> */s/ John M. Bodenhausen*
> JOHN M. BODENHAUSEN
> UNITED STATES MAGISTRATE JUDGE

Dated this 13th day of April, 2022